# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: John Patrick McGillen  |  CHAPTER 13
           Debtor(s)
                              |  BKY. NO. 16-13979 ELF

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

   Kindly enter my appearance on behalf of PNC Bank, NA and index same on the master mailing list.

                               Respectfully submitted,
                               **/s/ Rebecca A. Solarz, Esq**
                               Rebecca A Solarz, Esquire
                               KML Law Group, P.C.
                               701 Market Street, Suite 5000
                               Philadelphia, PA 19106-1532
                               (215) 627-1322