United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 16-13979-elf
John Partick McGillen                                           Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Stacey           Page 1 of 1              Date Rcvd: Nov 19, 2019
                           Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 21, 2019.
13811609        +PNC Bank, N.A.,    3232 Newmark Drive,   Miamisburg, OH 45342-5421

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2019                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 19, 2019 at the address(es) listed below:
            HAROLD N. KAPLAN    on behalf of Creditor    PNC Bank, National Association hkaplan@rasnj.com
            JOHN ERIC KISHBAUGH    on behalf of Creditor    PNC Bank, National Association jkishbaugh@udren.com,
             vbarber@udren.com
            JONATHAN WILKES CHATHAM    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy7@pa.gov
            JOSHUA DOMER    on behalf of Creditor    City of Philadelphia joshua.domer@phila.gov,
             karena.blaylock@phila.gov
            MICHAEL D. SAYLES    on behalf of Debtor John Partick McGillen midusal@comcast.net,
             michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com
            REBECCA ANN SOLARZ    on behalf of Creditor    PNC Bank, National Association
             bkgroup@kmllawgroup.com
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
            WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
             philaecf@gmail.com
            WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                          TOTAL: 9

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-13979-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

John Partick McGillen
3716 Clarenden
Philadelphia PA 19114

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/19/2019.

Name and Address of Alleged Transferor(s):

Claim No. 6: PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342

Name and Address of Transferee:

NewRez LLC d/b/a Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC  29603-0826

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   11/21/19

Tim McGrath
**CLERK OF THE COURT**