**CHANGE IN TERMS ADDENDUM TO AGREEMENT OF SALE**                                    CTA

This form recommended and approved for, but not restricted to use by, the members of the Pennsylvania Association of Realtors® (PAR).

1  **PROPERTY** 4033 Lawndale St, Philadelphia, PA 19124
2  **SELLER** John P McGillen, Michele C McGillen
3  **BUYER** Omaira Fallas

4  The following terms of the Agreement of Sale are changed as stated below:
5  1. **REPAIRS**
6     Seller, at Seller's expense, will complete the following repairs no later than _____ days prior to Settlement Date (prior to
7     settlement, if not specified), in a workmanlike manner, with all required permits, according to the attached contractor's proposal(s),
8     if any, the terms of which, including the persons and specifications contained therein, shall become part of this Agreement:

24 2. **SELLER ASSIST**
25    Seller Assist is changed to $ __$2,000__ , or __N/A__ % of the Purchase price, maximum, toward Buyer's costs as per-
26    mitted by the mortgage lender, if any. Seller is only obligated to pay up to the amount or percentage which is approved by mortgage
27    lender.

28 3. **PURCHASE PRICE**
29    Purchase price is changed from $ __$190,000__ to $ __$170,000__ .

30 4. **ACCEPTANCE & SETTLEMENT**
31    (A) Written acceptance of all parties will be on or before: _____
32    (B) Settlement Date is changed from __4/27/2021__ to __5/7/2021__

33 5. **MORTGAGE TERMS**
34    (A) **Mortgage Type** is changed from _____ to _____
35    (B) **Mortgage amount**
36        1. First mortgage amount is changed from $ _____ to $ _____
37        2. Second mortgage amount is changed from $ _____ to $ _____
38    (C) **Mortgage Lender**
39        1. First mortgage lender is changed to _____
40        2. Second mortgage lender is changed to _____
41        3. Buyer will submit a completed, written mortgage application to the identified lender(s), if any, according to the terms of the
42           Mortgage Contingency paragraph of the Agreement of Sale on or before: _____
43    (D) **Loan-To-Value (LTV) ratio** (For conventional loans)
44        First mortgage LTV ratio not to exceed _____ %    Second mortgage LTV ratio not to exceed _____ %
45    (E) **Date for Buyer to deliver documentation** of lender's approval of Buyer's mortgage, whether conditional or outright, is
46        changed from _____ to _____

47 **Buyer Initials:** O.F.                        CTA Page 1 of 2                        **Seller Initials:** JPM MCM

Pennsylvania Association of Realtors®    **COPYRIGHT PENNSYLVANIA ASSOCIATION OF REALTORS® 2020**
                                          rev. 3/20; rel. 3/20

BHHS - Fox & Roach REALTORS - Society Hill, 530 Walnut Street, Suite 480 Philadelphia PA 19106    Phone: (610) 889-1181    Fax: (215) 627-3142    Test
Adam Feine                    Produced with zipForm® by zipLogix  18070 Fifteen Mile Road, Fraser, Michigan 48026    www.zipLogix.com

48  **6.  TIME PERIODS**
49      (A) The time period in paragraph _____, line _____ of Agreement of Sale is changed to _____.
50          The time period in paragraph _____, line _____ of Agreement of Sale is changed to _____.
51          The time period in paragraph _____, line _____ of Agreement of Sale is changed to _____.
52          The time period in paragraph _____, line _____ of Agreement of Sale is changed to _____.
53          The time period in paragraph _____, line _____ of Agreement of Sale is changed to _____.
54      (B) The time period in paragraph _____, line _____ of the _____ Addendum is changed to _____.
55          The time period in paragraph _____, line _____ of the _____ Addendum is changed to _____.
56          The time period in paragraph _____, line _____ of the _____ Addendum is changed to _____.
57          The time period in paragraph _____, line _____ of the _____ Addendum is changed to _____.
58          The time period in paragraph _____, line _____ of the _____ Addendum is changed to _____.

59  **7.  OTHER**
60  _____
61  _____
62  _____
63  _____
64  _____
65  _____
66  _____
67  _____

68  **All other terms and conditions of the Agreement, including all other time periods, remain unchanged and in full force and effect.**

69  **BUYER** _[DocuSigned by: Onaeio Fellos, CCEE4CC55BDB4CC]_ _____ **DATE** 4/15/2021 | 10:53 PDT
70  **BUYER** _____ **DATE** _____
71  **BUYER** _____ **DATE** ~~04/15/21 | 3:13~~ PM EDT
72  **SELLER** _[DocuSigned by:]_ _____ **DATE** ~~04/15/21 | 3:47~~ PM EDT
73  **SELLER** _[Michele C. McGillen, B47268903BF7460...]_ _____ **DATE** _____
74  **SELLER** _____ **DATE** _____

Produced with zipForm® by zipLogix  18070 Fifteen Mile Road, Fraser, Michigan 48026    www.zipLogix.com    Test