UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re: **John McGillen**        :    Chapter 13
                                :
                                :
    DEBTOR                      :    Bankruptcy No.: **16-13979**

## AMENDED ORDER OF COURT

      **AND NOW**, this_____day of_____, 2021 after notice and hearing, and upon Consideration of the Motion of Debtor for Approval of Sale of Real Estate (the "Motion"), it is hereby

      **ORDERED**, that Debtor is granted permission to sell his real property located at **4033 Lawndale Street, Philadelphia, PA 19124** ("Realty"), with all such liens to attach to the sale proceeds, for the sale price of **$170,000.00** pursuant to the terms of a certain real estate agreement of sale.

      The proceeds of the sale, including any funds held as a deposit made by or on behalf of the Buyer, shall be distributed in the following manner:

1. Secured lien of **NewRez,LLC** shall be paid in full.

2. Ordinary and reasonable settlement costs, including, but not limited to those related to notary services, deed preparation, disbursements, express shipping, surveys, municipal certification, or any other such routine matters.

3. Liens paid at closing

4. Real estate taxes, sewer, trash and/or other such items

5. Property repairs, if any

6. Real estate commission

7. Attorney's fees

8. Seller allowances to Buyer

9. Any other closing costs.

    10. One half of the remaining proceeds to Co-Owner of the Realty.

    11. Debtor's Bankruptcy Exemption of $23,675.00.

After paying all liens in full and all costs of sale, the title clerk shall issue a disbursement check in the amount of **the remaining balance of the sell proceeds** payable to William Miller, Chapter 13 standing trustee, to be distributed by the trustee, subject to his applicable commission, to the remaining unsecured creditors.

The title clerk shall fax a completed sheet from the closing directly to the trustee immediately upon close of the settlement, and the trustee shall promptly notify the title company of his approval or objection to the sums to be disbursed.

Upon trustee approval, the title clerk shall fax a copy of the disbursement check to the Trustee and shall immediately transmit the actual disbursement check to the Trustee by overnight courier.

The ten days stay pursuant to Bankruptcy Rule 6004(g) is waived.

                                                        BY THE COURT:

                                                        _____
                                                         United States Bankruptcy Judge