UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: **John McGillen** | : | Chapter 13 |
| | : | |
| | : | |
| DEBTOR | : | Bankruptcy No.: **16-13979** |

## CERTIFICATE OF ADDITIONAL SERVICE

I, Michael D. Sayles, hereby certify that a copy of the **DEBTOR'S MOTION TO SALE REAL ESTATE** was served by electronic mail transmission upon Michele McGillen, this **27th** day of **April 2021**. Michele McGillen, who is the former spouse of the Debtor and also, co-owner, co-mortgagor & co-seller of the subject property, indicated in a reply to electronic service of Motion that after a review of Motion & Proposed Order she is unopposed to entry of an Order of Court granting the Motion to Sell.

By: **\s\ Michael D. Sayles, Esquire**
    Michael D. Sayles, Esquire