United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 16-13979-elf

John Partick McGillen  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 29, 2021 | Form ID: pdf900 | Total Noticed: 8 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John Partick McGillen, 3716 Clarenden, Philadelphia, PA 19114-1931 |
| aty | + | JOHN ERIC KISHBAUGH, Udren Law Offices PC, 111 Woodcrest Road, Cherry Hill, NJ 08003-3620 |
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| cr | + | Wilmington Savings Fund Society, FSB, d/b/a Christ, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 30 2021 02:12:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 30 2021 02:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 30 2021 02:12:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/Text: megan.harper@phila.gov | Apr 30 2021 02:12:00 | City of Philadelphia, Joshua Domer, 1401 JFK Boulevard 5th Floor, City of Philadelphia Law Department, Philadelphia, PA 19102 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2021    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| HAROLD N. KAPLAN | on behalf of Creditor PNC Bank National Association hkaplan@rasnj.com |
| JONATHAN WILKES CHATHAM | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@pa.gov |
| JOSHUA DOMER | on behalf of Creditor City of Philadelphia joshua.domer@phila.gov karena.blaylock@phila.gov |
| MICHAEL D. SAYLES | on behalf of Debtor John Partick McGillen midusa1@comcast.net michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PNC Bank National Association bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re: **John McGillen**              :      Chapter 13
                                      :
                                      :
DEBTOR                                :      Bankruptcy No.: **16-13979**

O R D E R

**AND NOW**, this  28th  day of  April  , 2021 after notice and hearing, and upon Consideration of the Motion of Debtor for Approval of Sale of Real Estate (the "Motion"), it is hereby

**ORDERED**, that Debtor is granted permission to sell his real property located at **4033 Lawndale Street, Philadelphia, PA 19124** ("Realty"), with all such liens to attach to the sale proceeds, for the sale price of **$170,000.00** pursuant to the terms of a certain real estate agreement of sale.

The proceeds of the sale, including any funds held as a deposit made by or on behalf of the Buyer, shall be distributed in the following manner:

1. Secured lien of **NewRez,LLC** shall be paid in full.

2. Ordinary and reasonable settlement costs, including, but not limited to those related to notary services, deed preparation, disbursements, express shipping, surveys, municipal certification, or any other such routine matters.

3. Liens paid at closing

4. Real estate taxes, sewer, trash and/or other such items

5. Property repairs, if any

6. Real estate commission

7. Attorney's fees

8. Seller allowances to Buyer

9. Any other closing costs.

- 1 -

10. One half of the remaining proceeds to Co-Owner of the Realty.

11. Debtor's Bankruptcy Exemption of $23,675.00.

After paying all liens in full and all costs of sale, the title clerk shall issue a disbursement check in the amount of **the remaining balance of the sell proceeds** payable to William Miller, Chapter 13 standing trustee, to be distributed by the trustee, subject to his applicable commission, to the remaining unsecured creditors.

The title clerk shall fax a completed sheet from the closing directly to the trustee immediately upon close of the settlement, and the trustee shall promptly notify the title company of his approval or objection to the sums to be disbursed.

Upon trustee approval, the title clerk shall fax a copy of the disbursement check to the Trustee and shall immediately transmit the actual disbursement check to the Trustee by overnight courier.

The ten days stay pursuant to Bankruptcy Rule 6004(g) is waived.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

- 2 -