United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-13979-elf |
| John Partick McGillen | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 16, 2021 | Form ID: 138NEW | Total Noticed: 45 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John Partick McGillen, 3716 Clarenden, Philadelphia, PA 19114-1931 |
| aty | + | JOHN ERIC KISHBAUGH, Udren Law Offices PC, 111 Woodcrest Road, Cherry Hill, NJ 08003-3620 |
| cr | + | Wilmington Savings Fund Society, FSB, d/b/a Christ, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 13738700 | + | ACC Financial Corp., 1819 JFK Blvd., Philadelphia, PA 19103-1733 |
| 13738703 | + | AR Resources Inc, 1777 Sentry Parkway West, Blue Bell, PA 19422-2206 |
| 13738704 | | Arrow Financial Services LLC, 21031 Network Place, Chicago, IL 60678-1031 |
| 13738717 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, FIA Card Services, PO Box 982238, El Paso, TX 79998 |
| 13738705 | + | Bank of America - Customer Care, PO BOX 982235, El Paso, TX 79998-2235 |
| 13817139 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 13738713 | | Commonwealth of Pennsylvania, Bureau of Compliance, Department 280946, Harrisburg, PA 17128-0946 |
| 13738716 | | Enterprise Rent-A-Car, Attn: Accounts Receivable, 265 Wilmington West Chester Pk, Chadds Ford, PA 19317-9039 |
| 13738719 | + | Gordon & Weinberg, PC, 1001 East Hector Street, Suite 220, Conshohocken, PA 19428-2395 |
| 13738720 | + | HSBC Bank, PO Box 5253, Carol Stream, IL 60197-5253 |
| 13738721 | | HSBC Card Services, P.O. Box 80084, Salinas, CA 93912-0084 |
| 14427202 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 13738724 | + | PGW, 800 West Montgomery Drive, 3F, attn: Bankruptcy Department, Philadelphia, PA 19122-2806 |
| 14242402 | + | PNC Bank, National Association, REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 13738727 | | RJM Acquisitions LLC, 575 Underhill Blvd., Suite 224, Syosset, NY 11791-3416 |
| 13738728 | + | The Bureaus Inc, 1717 Central Street, Evanston, IL 60201-1507 |
| 13738729 | + | Udren Law Offices, PC, Woodcrest Corporate Center, 111 Woodcrest Road, Suite 200, Cherry Hill, NJ 08003-3620 |
| 14592668 | + | Wilmington Savings Fund Society, Selene Finance, LP, 9990 Richmond Ave. Suite 400 South, Houston TX 77042-4546 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 16 2021 23:32:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 16 2021 23:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 16 2021 23:32:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/Text: megan.harper@phila.gov | Jul 16 2021 23:32:00 | City of Philadelphia, Joshua Domer, 1401 JFK Boulevard 5th Floor, City of Philadelphia Law Department, Philadelphia, PA 19102 |
| 13738702 | | Email/Text: ally@ebn.phinsolutions.com | Jul 16 2021 23:31:00 | Ally Financial, PO Box 130424, Saint Paul, MN 55113-0004 |
| 13755238 | | Email/Text: ally@ebn.phinsolutions.com | Jul 16 2021 23:31:00 | Ally Financial, PO Box 130424, Roseville MN |

Case 16-13979-elf   Doc 128   Filed 07/18/21   Entered 07/19/21 00:40:25   Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 16, 2021 | Form ID: 138NEW | Total Noticed: 45 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 55113-0004 |
| 13738701 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 16 2021 23:31:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 13738706 | | Email/PDF: rmscedi@recoverycorp.com | Jul 16 2021 23:35:37 | Bureaus Investment Group, Portfolio No. 15 LLC, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13738711 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 16 2021 23:31:00 | Citizens Bank, 443 Jefferson Blvd, RJW 135, Warwick, RI 02886-5000 |
| 13738710 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 16 2021 23:31:00 | Citizens Bank, One Citizens Drive, Riverside, RI 02915-3000 |
| 13824317 | + | Email/Text: megan.harper@phila.gov | Jul 16 2021 23:32:00 | CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT, BANKRUPTCY GROUP - MSB, 1401 JOHN F. KENNEDY BLVD, 5TH FLOOR, PHILADELPHIA, PA 19102-1640 |
| 13738707 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 17 2021 00:02:23 | Capital One, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 13738709 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 16 2021 23:31:00 | Citizens Auto Finance, 480 Jefferson Blvd., Warwick, RI 02886-1359 |
| 13738712 | + | Email/Text: megan.harper@phila.gov | Jul 16 2021 23:32:00 | City & School District of Philadelphia, Law Department-Tax Unit, Municipal Services Building, 1401 JFK Blvd, 5th floor, Philadelphia, PA 19102-1617 |
| 13738718 | | Email/PDF: gecsedi@recoverycorp.com | Jul 16 2021 23:35:30 | GE Money Bank, P.O. Box 960061, Orlando, FL 32896-0061 |
| 13738715 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 16 2021 23:32:00 | Department of Treasury, Internal Revenue, Cincinnati, OH 45999 |
| 13738708 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 17 2021 00:02:23 | Chase Bank USA, PO Box 15298, Wilmington, DE 19850 |
| 13738722 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 16 2021 23:35:25 | LVNV Funding, PO Box 10497, Greenville, SC 29603-0497 |
| 13738723 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 16 2021 23:35:25 | LVNV Funding, PO Box 10587, Greenville, SC 29603-0587 |
| 13811609 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 16 2021 23:32:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 13738725 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 16 2021 23:32:00 | PNC Mortgage, 3232 New Mark Drive, Miamisburg, OH 45342 |
| 13771688 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 16 2021 23:32:00 | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |
| 13738726 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 16 2021 23:35:30 | Portfolio Recovery & Affilates, 120 Corporate Blvd., Suite 1, Norfolk, VA 23502-4952 |
| 13773341 | | Email/PDF: ais.sprint.ebn@americaninfosource.com | Jul 17 2021 00:02:28 | Sprint Corp, Attn Bankruptcy Dept, PO Box 7949, Overland Park KS 66207-0949 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 13738714 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Department of Treasury, Internal Revenue Service, 600 Arch Street, Room 5200, Philadelphia, PA 19106 |

| | | |
|---|---|---|
| 13771713 | * | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2021        Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| HAROLD N. KAPLAN | on behalf of Creditor PNC Bank National Association hkaplan@rasnj.com |
| JONATHAN WILKES CHATHAM | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@pa.gov |
| JOSHUA DOMER | on behalf of Creditor City of Philadelphia joshua.domer@phila.gov karena.blaylock@phila.gov |
| MICHAEL D. SAYLES | on behalf of Debtor John Partick McGillen midusa1@comcast.net michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PNC Bank National Association bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: John Partick McGillen

      Debtor(s)                                    Bankruptcy No: 16−13979−elf

                                                        Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                      900 Market Street
                          Suite 400
                   Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                  For The Court
                                                                 Timothy B. McGrath
                                                                   Clerk of Court

Dated: 7/16/21

                                                                                                        126 − 125
                                                                                                     Form 138_new